**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Geraldo Jimenez,<br><br>                         *Plaintiff,*<br><br>    -against-<br><br>Marina Ice Cream Corp.; Selinger Ice Cream Corp.; Glacierpoint Enterprises, Inc.; Frank Barbone, individually; and Mike Barone, Sr. individually; and Mike Barone, Jr. individually,<br><br>                         *Defendants.* | Case No. 7:23-cv-09413-CS<br><br>**JUDGMENT** |

       A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed by plaintiff Geraldo Jimenez ("Plaintiff") on February 15, 2024, accepting the February 13, 2024, Offer of Judgment from defendants Marina Ice Cream Corp.; Glacierpoint Enterprises, Inc.; Frank Barbone; Mike Barone, Sr.; and Mike Barone, Jr. ("Defendants") to allow judgment against them in favor of Plaintiff in the amount of $10,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff in litigating his claims to February 13, 2024, it is

       **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff Geraldo Jimenez and against Defendants, Marina Ice Cream Corp.; Glacierpoint Enterprises, Inc.; Frank Barbone; Mike Barone, Sr.; and Mike Barone, Jr., in the total amount of $10,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff in litigating his claims to February 13, 2024; and that this case is closed.

Judgment signed this  _20th_  day of  _February_  2024.

                                     SO ORDERED.

                                     _____

                                     CATHY SEIBEL, U.S.D.J.